UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-CV-00460-ZMB |
| | ) |
| CITY OF ST. ANN, MISSOURI, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## <u>NOTICE OF APPOINTMENT OF NEUTRAL</u>

Upon selection by parties, pursuant to the procedures outlined in <u>E. D. Mo.  L. R.  6.03</u>,

the Clerk of the court hereby notifies

|  | |
|---|---|
| Name of Neutral/Firm: | HAMILTON, DAVID T. |
| Firm Address: | 190 Carondelet Avenue Suite 1100 Clayton, MO  63105 |
| Email: | dhamilton@jamsadr.com |

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that

the referral has been concluded.

The Attorneys of Record in this case are:

| | |
|---|---|
| Lead Counsel: | Lynette M. Petruska (for pla) |
| | 1291 Andrew Dr. |
| | St. Louis, MO  63122 |
| | Ph: 314-954-5031  FAX: |
| Other Counsel: | Timothy J. Reichardt (for dft) |
| | REICHARDT NOCE LLC |
| | 12444 Powerscourt Drive |
| | Suite 160 |
| | St. Louis, MO  63131 |
| | Ph: 314-789-1199  FAX: 314-754-9795 |

**The completion deadline for this ADR referral is November 9, 2025.  The neutral shall
file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might

exist which would require disqualification pursuant to 28 U.S.C. § 455.

September 17, 2025.                             *Nathan M. Graves*
Date                                           Clerk of Court

                                    By:    /s/ Jennifer Bailey
                                           Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE WOODS, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-00460-ZMB |
| | ) | |
| CITY OF ST. ANN, MISSOURI, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [□ did   □ did not]  achieve a settlement. ***Check one***

### Option 3

Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

HAMILTON, DAVID T.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHELLE WOODS,                                  )
                                                 )
          Plaintiff(s),                          )
                                                 )
     v.                                          )     No. 4:24-CV-00460-ZMB
                                                 )
CITY OF ST. ANN, MISSOURI, et al.,               )
                                                 )
          Defendant(s).                          )
                                                 )

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE
DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR
conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous
survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel,
corporate representative, or attorney of record.

Name (printed):                          Email address:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

Date_____ Neutral_____